UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABC MINING CO. AND STAFF; RICKY MOTT,

                          Plaintiffs,

-against-

DEEANDRA HARDY, et al.,

                          Defendants.

25-CV-4064 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated May 21, 2025, the Court directed Plaintiff Ricky Mott, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the $405.00 in fees required to file a civil action in this court.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated:   June 23, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge

---

[1] The Court notified Plaintiff that only natural persons may proceed *in forma pauperis* under 28 U.S.C. § 1915. *See Rowland v. California Men's Colony*, 506 U.S. 194, 196 (1993). For ABC Mining Co. to proceed with this action, it must therefore prepay the filing fees.