UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC MINING CO. AND STAFF; RICKY MOTT,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>DEEANDRA HARDY, ET AL.,<br><br>                              Defendants. | 25 CIVIL 4064 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 23, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 25, 2025
           New York, New York

                                                /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge